# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tabitha Zimmerman, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jacobson Memorial Hospital Care Center, )<br>)<br>Defendant. ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:25-cv-205 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on February 27, 2026, at 9:00 AM by before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 6th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court