**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Tabitha Zimmerman,<br><br>Plaintiff,<br><br>vs.<br><br>Jacobson Memorial Hospital Care Center,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER**<br><br><br><br>Case No. 1:25-cv-205 |

On October 2, 2026, the parties filed a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. No. 28). The court **ADOPTS** the parties' stipulation (Doc. No. 28) and **DISMISSES** the above-captioned action in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs except as otherwise provided in any written settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated this 5th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court